In the Matter of the Petition of FRANK G. WILD and THE TITLE GUARANTEE AND TRUST COMPANY to Render and Settle Their Account as Trustees under the Will of GEORGE H. COUTTS, Deceased, Appellants. DONALD B. STEWART, as General Guardian for GEORGE T. STEWART, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

In the Matter of the Petition of LONG ISLAND LIGHTING COMPANY, Appellant, to Acquire Property and a Right of Way for the Public Use, in, on, over, through and across Land Located, in Part, in the Town of Huntington, Suffolk County, New York, and in Part in the Town of Oyster Bay, Nassau County, New York, Owned by the Estate of JOHN HURTIN KING, Respondent, Late of Brooklyn, Kings County, New York.— Motion for reargument granted. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ. On reargument, the decision of this court handed down on March 11, 1932, is amended by striking from the second line thereof the following: " with costs." Lazansky, P. J., Young, Hagarty and Carswell, JJ., concur; Kapper, J., not voting.

In the Matter of JOHN L. STONEHAM, an Attorney.— In view of his plea of guilty of the crime of subornation of perjury, respondent is disbarred and his name ordered struck from the roll of attorneys. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of DAVID ZIRINSKY, an Attorney and Counselor at Law.—Motion for reargument denied. Present — Lazansky, P. J., Hagarty, Tompkins and Davis, JJ.; Kapper, J., not voting.

PHILIP J. O'HARA, JR., Respondent, v. DIXIE METAL PRODUCTS COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Defendant's time to answer extended for ten days after the entry of the order herein. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

EDWARD B. C. SULLIVAN, Appellant, v. ERIE RAILROAD COMPANY, Respondent. — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

LEITO KILDARE ADAMS, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, as Executor under the Last Will and Testament of FRANCIS WRIGHT CLINTON, Deceased, Respondent.— On argument, order granting motion for new trial on ground of newly-discovered evidence reversed on the law, without costs, and with taxable disbursements, and without prejudice to respondent to move to resettle order appealed from so as to base motion for new trial either on settled case or minutes of trial justice, or to make a new motion for a new trial on the ground of newly-discovered evidence, as it may be advised. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.